CHARLES G. VOKE, Respondent, *v.* RAYMOND E. ARCHER, Appellant.

Argued October 6, 1937; decided October 22, 1937.

*Henry Redman Dutcher* and *Leonard D. Marafioti* for appellant.

*Kenneth B. Keating* and *John Pallace* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.